**Jaswant KAUR; Makhan Singh, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–70838.

United States Court of Appeals, Ninth Circuit.

Feb. 28, 2007.

George T. Heridis, Esq., Rai & Associates, PC, San Francisco, CA, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Scott D. Bauer, DOJ–U.S. Department of Justice, Environmental Enforcement Section, OIL, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HUG and McKEOWN, Circuit Judges, and MOSKOWITZ,* District Judge.

---

\* The Honorable Barry Ted Moskowitz, United States District Court Judge for the Southern District of California, sitting by designation.

## ORDER

The motion to file the petition for rehearing en banc is granted. The petition for rehearing en banc is construed as a petition for panel rehearing and suggestion for rehearing en banc. The petition for panel rehearing is GRANTED. The memorandum disposition filed on December 20, 2006, is withdrawn and a new memorandum disposition will be filed in its place. A petition for rehearing, if any, is due 14 days from the filing date of the disposition.